FILED: September 25, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-6930
(5:20-ct-03083-FL)

---

COBEY LAKEMPER

Plaintiff - Appellant

v.

TODD E. ISHEE; KENNETH E. LASSITER; BARNEY OWENS, Warden of Pamlico C.I.

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:20-ct-03083-FL |
| Date notice of appeal filed in originating court: | 09/25/2024 |
| Appellant | Cobet LaKemper |
| Appellate Case Number | 24-6930 |
| Case Manager | Anisha Walker<br>804-916-2704 |