**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

September 25, 2024

PRISONER LITIGATION REFORM ACT
NOTICE FOR APPEALS

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

**FEE: $605 DUE TO DISTRICT COURT OR PLRA APPLICATION & CONSENT TO COLLECTION OF FEES DUE TO COURT OF APPEALS:** 10/10/2024

The Prison Litigation Reform Act, 28 U.S.C. § 1915(b), requires that a prisoner pay the full filing fee to the Clerk of the District Court. If the appellant is financially unable to pay the fee, the appellant may apply to pay the fee in installments from the appellant's prison trust account by filing the enclosed forms with the Court of Appeals:

**1. PLRA Application**
**2. Consent to Collection of Fees from Trust Account**
**3. Prisoner Trust Account Statement for preceding 6 months**

The appellant must either pay the fee or file a PLRA Application and Consent to Collection form with the Court of Appeals within 15 days of the date of this notice or the court will initiate the process set forth in Local Rule 45 to dismiss this case for failure to prosecute.

The Prison Litigation Reform Act also provides that if a prisoner has previously filed, while incarcerated, three or more civil actions or appeals which were dismissed by a federal court as frivolous, malicious, or for failure to state a claim, the prisoner must prepay the filing fee in full unless the prisoner is under imminent danger of serious physical injury. If this provision bars the appellant from

proceeding without full prepayment, the appellant must pay the full filing fee to the Court of Appeals within 15 days of the date of this notice or the Court of Appeals will initiate the process set forth in Local Rule 45 to dismiss this case for failure to prosecute.

If the appellant does not wish to proceed with this case, a motion to dismiss pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure may be filed on the form provided for that purpose. If the case is dismissed prior to consent to collection of fees, no fees will be charged against the appellant's account. After consent has been given for collection of fees from the appellant's trust account, however, that consent may not be withdrawn or full payment of the fee avoided. A dismissal under Rule 42(b) is not a dismissal of the case as frivolous or malicious and does not count as one of the three such dismissals allowed under the Prison Litigation Reform Act.

The Prison Litigation Reform Act defines "prisoner" as any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program. If you are not a "prisoner" as defined by the PLRA, please clarify your status on the enclosed PLRA application so that the application can be considered as an application to proceed in forma pauperis. Persons confined due to civil commitment or immigration proceedings are not required to pay the filing fee in installments. Such persons should indicate on the application form that they are confined for civil commitment or immigration reasons and file the application form without the consent to payment form or trust account statement.

Anisha Walker, Deputy Clerk
804-916-2704

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

PLRA APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES

---

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

The Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(b), requires that any person incarcerated or detained in any facility, who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program, who is unable to pay the filing fee on appeal from a civil action, apply to pay the filing fee in installments from the prisoner's trust account. The PLRA further provides that if the inmate has, while incarcerated, filed three or more prior actions or appeals which were dismissed by a federal court as frivolous, malicious, or for failure to state a claim, the inmate is required to prepay the full fee unless under imminent danger of serious physical injury. 28 U.S.C. § 1915(g).

I, ___________________________, being first duly sworn, depose and say that I am the ___________________________, in the above-entitled case; that in support of my application to proceed without being required to prepay fees or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues I desire to present in this case are the following:

1. Identify the reason you are currently incarcerated or detained:
[ ] Incarcerated on a criminal conviction
[ ] Detained pending criminal trial or sentencing
[ ] Detained for immigration proceedings
[ ] Civil commitment due to mental disease or defect or as a sexually dangerous person
[ ] Other (describe): ______________________________________________

2. Have you filed, while incarcerated, three actions or appeals which were dismissed as frivolous, malicious, or for failure to state a claim? **[ ]Yes [ ]No**

a. If the answer is yes, list the case numbers and names for all actions or appeals which were dismissed as frivolous, malicious, or for failure to state a claim.

b. If the answer is yes, state the facts in support of any claim that you are under imminent danger of serious physical injury.

3. Are you presently employed? **[ ]Yes [ ]No**

a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

4. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest dividends, or other source? **[ ]Yes [ ]No**

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

5. Do you own any cash or checking or savings accounts? **[ ]Yes [ ]No**

a. If the answer is yes, state the total value of the items owned.

6. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? **[ ]Yes [ ]No**

a. If the answer is yes, describe the property and state its approximate value.

7. List the persons who are dependent upon you for support and state your relationship to those persons.

8. If you are incarcerated or detained on criminal charges, you must attach Consent to Collection of Fees from Trust Account form and give Trust Account Statement form to trust officer for completion and return to you. Forward completed Trust Account Statement to Court of Appeals.

I declare under penalty of perjury that the above information is true and correct.

Signature of Applicant: ________________________________

Date: __________________________

**CERTIFICATE OF SERVICE**

**********************

I certify that on _______________, I served a copy of this PLRA Application on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature: _________________________

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

CHANGE OF ADDRESS (PRO SE)

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

If your address changes, it is your obligation to notify the clerk. If your address changes and you do not notify the clerk, we will not be responsible for your failure to receive documents from the court.

THE CLERK IS HEREBY NOTIFIED THAT MY ADDRESS SHOULD BE CHANGED TO:

| |
|---|
| Name: |
| Street/P. O. Box: |
| City/State/ZIP: |
| Telephone Number: |
| Prison (if applicable): |
| Prisoner's Reg. No. (if applicable): |
| Release Date (if applicable): |
| Effective Date for Change of Address: |
| Signature: |

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

# PRISONER TRUST ACCOUNT STATEMENT

---

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the Fourth Circuit
**RE:** ____________________________________ **(Prisoner Name/Reg.No.)**

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal. Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court of Appeals within 7 days.

| | |
|---|---|
| **Date of Filing Notice of Appeal in Court of Appeals** | |
| **Balance at Time of Filing Notice of Appeal** | |
| **Average Monthly Deposits during 6 months prior to Filing Notice of Appeal** | |
| **Average Monthly Balance during 6 months prior to Filing Notice of Appeal** | |

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Signature _____________________________ Date ___________________

Print Name & Title: ______________________________________________

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

---

CONSENT TO COLLECTION OF FEES
FROM TRUST ACCOUNT FOR APPEAL

---

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

**FEE AMOUNT: $605**
**PAYABLE TO:** Clerk, U.S. District Court

I, ________________________________, # ______________________, hereby consent for the appropriate prison officials to assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my petition.

I further consent for the appropriate prison officials to collect:

> monthly payments of 20 percent of my preceding month's income and forward the payments to the Clerk, U.S. District Court, each time the amount in the account exceeds $10 until the filing fee has been paid in full.

I understand that by signing this consent I agree to payment of the full filing fee from my trust account regardless of whether I later choose to dismiss my appeal or the court decides my appeal before the entire amount has been paid. I understand that once consent to the collection of fees has been given it cannot be withdrawn.

Signature _______________________________ Date ____________________

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
**OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

---

MOTION TO DISMISS
PURSUANT TO FRAP 42(b)

---

No. 24-6930, Cobey LaKemper v. Todd Ishee
5:20-ct-03083-FL

Appellant moves to voluntarily dismiss this proceeding pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

Appellant understands that this proceeding will be dismissed and cannot be reinstated at a later date.

Signature ______________________________ Date ___________________

## CERTIFICATE OF SERVICE

**********************

I certify that I served a copy of this motion on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature ______________________________ Date ___________________