**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

COBEY LAKEMPER

     *Plaintiff-Appellant*,

v.                                                                                    No. 24-6930

KENNETH E. LASSITER, *et al.*,

     *Defendants-Appellees*.

_____/


**JOINT STIPULATION TO DISMISS APPEAL**

     Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with each side to bear its own fees and costs related to this appellate proceeding.

     Respectfully submitted,


| | |
|---|---|
| /s/ David Chen | JEFF JACKSON |
| DAVID CHEN | Attorney General |
| Washington Square Legal Services, Inc. | |
| 245 Sullivan Street, 5th Floor | /s/ Tanner J. Ray |
| New York, NY 10012 | TANNER J. RAY |
| (908) 240-6252 | Assistant Attorney General |
| davidchen@nyu.edu | tjray@ncdoj.gov |
| | |
| *Counsel for Plaintiff-Appellant* | N.C. Department of Justice |
| | Post Office Box 629 |
| | Raleigh, NC 27602 |
| | |
| | *Counsel for Defendant-Appellees* |