FILED: June 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6930
(5:20-ct-03083-FL)

_____

COBEY LAKEMPER

Plaintiff - Appellant

v.

KENNETH E. LASSITER; BARNEY OWENS, Warden of Pamlico C.I.; LESLIE
COOLEY DISMUKES

Defendants - Appellees

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*